HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
lexi_negin@fd.org

Attorney for Defendant
DUANE ELLISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUANE ELLISON, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:15-cr-004 MCE <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME <br><br> Date:  May 21, 2015 <br> Time:  9:00 a.m. <br> Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Josh Sigal, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Lexi P. Negin, attorney for Duane Ellison, that the status conference set for March 26, 2015, be continued to May 21, 2015, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 21, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

DATED:  March 19, 2015          HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ Lexi P. Negin
                                LEXI P. NEGIN
                                Assistant Federal Defender
                                Attorney for Defendant
                                DUANE ELLISON

DATED:  March 19, 2015          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Josh Sigal
                                JOSH SIGAL
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  The Court orders the status conference rescheduled for May 21, 2015, at 9:00 a.m.  The Court orders the time from the date of the parties stipulation, up to and including May 21, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.
Dated:  March 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT