| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 21, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DUANE M. ELLISON,<br><br>    Defendant. | Case No.   2:15-CR-00004-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  Click here to enter text. ,

Case No.  2:15-CR-00004-MCE  Charge 18 USC § 3606 , from custody for the following reasons: for the following reasons:

        Release on Personal Recognizance

        Bail Posted in the Sum of $ _____

        Unsecured Appearance Bond $ _____

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

**X**   (Other): All other previously imposed conditions of supervised release remain in full force and effect.

Issued at Sacramento, California on May 21, 2020 at 2:20 p.m.

Dated:  May 21, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE