1   McGREGOR W. SCOTT
    United States Attorney
2   TANYA B. SYED
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700

5   Attorneys for Plaintiff
    United States of America
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,            CASE NO.  2:15-CR-0004-MCE
11
                          Plaintiff,     STIPULATION REGARDING CONTINUANCE OF
12                                       ADMIT/DENY HEARING; ORDER
                 v.
13                                       DATE: July 9, 2020
    DUANE ELLISON,                       TIME: 10:00 a.m.
14                                       COURT: Hon. Morrison C. England, Jr.
                          Defendant.
15

16                                **STIPULATION**

17          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18   through defendant's counsel of record, hereby stipulate as follows:

19          1.      By previous order, this matter was set for an admit/deny hearing on July 9, 2020.

20   /

21   /

22   /

23   /

24   /

25   /

26   /

27   /

28   /

1      2.      By this stipulation, the parties now move to continue the admit/deny hearing until August

2  13, 2020.

3      IT IS SO STIPULATED.

4

5

6  Dated:  July 5, 2020                    McGREGOR W. SCOTT
                                           United States Attorney

7

8                                          /s/ TANYA B. SYED
                                           TANYA B. SYED
9                                          Assistant United States Attorney

10

11  Dated:  July 5, 2020                   /s/ ALEXANDRA NEGIN
                                           ALEXANDRA NEGIN
12                                         Counsel for Defendant
                                           DUANE ELLISON

13

14

15                              **ORDER**

16      IT IS SO ORDERED.

17  Dated:  July 7, 2020

18

19                                         _____
                                           MORRISON C. ENGLAND, JR.
20                                         UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28