1  McGREGOR W. SCOTT
   United States Attorney
2  TANYA B. SYED
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7
                   IN THE UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,          | CASE NO.  2:15-CR-0004-MCE |
11 |                        Plaintiff,  | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER |
12 |                  v.                | DATE: August 13, 2020 |
13 | DUANE ELLISON,                     | TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
14 |                        Defendant.  | |

15

16                              **STIPULATION**

17        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18 through defendant's counsel of record, hereby stipulate as follows:

19        1.        By previous order, this matter was set for an admit/deny hearing on August 13, 2020.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

   STIPULATION REGARDING CONTINUANCE OF          1
   ADMIT/DENY HEARING

1    2.    By this stipulation, the parties now move to continue the admit/deny hearing until

2 September 10, 2020.

3    IT IS SO STIPULATED.

4

5 Dated:  August 7, 2020                          MCGREGOR W. SCOTT
                                                 United States Attorney

6

7                                                /s/ TANYA B. SYED
                                                 TANYA B. SYED
                                                 Assistant United States Attorney
8

9

10 Dated:  August 7, 2020                         /s/ ALEXANDRA NEGIN
                                                 ALEXANDRA NEGIN
                                                 Counsel for Defendant
11                                               DUANE ELLISON

12

13                                        **ORDER**

14    IT IS SO ORDERED.

15 Dated:  August 10, 2020

16                                        MORRISON C. ENGLAND, JR.
                                          SENIOR UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING CONTINUANCE OF          2
ADMIT/DENY HEARING