HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Lexi_negin@fd.org

Attorneys for Defendant
DUANE ELLISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:15-cr-00004-MCE |
|---|---|---|
| Plaintiff, | ) | **DEFENDANT'S CONSENT TO APPEAR VIA VIDEO-TELECONFERENCE** |
| vs. | ) | |
| DUANE ELLISON, | ) | Date:   March 25, 2021 |
| Defendant. | ) | Time:   10:00 a.m. |
|  | ) | Judge: Hon. Morrison C. England, Jr. |

Under CARES Act § 15002(b), Duane Ellison, by and through undersigned counsel, consents to proceed with his Admit/Deny hearing by video-teleconference.  Counsel has advised Mr. Ellison of his right to appear in person for this hearing, as well as of his ability to waive personal appearance and appear via video-teleconference.  Mr. Ellison waives his right to personally appear at his Admit/Deny hearing on March 25, 2021, and instead consents to appearance by video teleconference.

Pursuant to Gen. Order 616, counsel for Mr. Ellison signs this waiver on his behalf.

Dated: March 25, 2021

                                              */s/ Duane Ellison*
                                              DUANE ELLISON

I agree and consent to my Client's appearance at his sentencing by video-teleconference.

Dated:  March 25, 2021

                                 _/s/ Lexi Negin_
                                 LEXI NEGIN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 DUANE ELLISON

    IT IS SO ORDERED.

Dated:  March 25, 2021

                                 MORRISON C. ENGLAND, JR
                                 SENIOR UNITED STATES DISTRICT JUDGE