HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Lexi_negin@fd.org

Attorneys for Defendant
DUANE ELLISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-cr-00004-MCE |
|---|---|
| Plaintiff, | ) **DEFENDANT'S CONSENT TO APPEAR** |
| vs. | ) **VIA VIDEO-TELECONFERENCE** |
| DUANE ELLISON, | ) Date: May 20, 2021 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Morrison C. England, Jr. |

Under CARES Act § 15002(b), Duane Ellison, by and through undersigned counsel, consents to proceed with his Admit/Deny hearing by video-teleconference. Counsel has advised Mr. Ellison of his right to appear in person for this hearing, as well as of his ability to waive personal appearance and appear via video-teleconference. Mr. Ellison waives his right to personally appear at his Disposition Hearing on May 20, 2020, and instead consents to appearance by video teleconference.

Pursuant to Gen. Order 616, counsel for Mr. Ellison signs this waiver on his behalf.

Dated: May 17, 2021

                                              */s/ Duane Ellison*
                                              DUANE ELLISON

I agree and consent to my Client's appearance at his sentencing by video-teleconference.

Dated: May 17, 2021

                                    /s/ Lexi Negin
                                    LEXI NEGIN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    DUANE ELLISON

      IT IS SO ORDERED.

Dated: May 17, 2021

                                    MORRISON C. ENGLAND, JR
                                    SENIOR UNITED STATES DISTRICT JUDGE